**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR192** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JIMMIE D. WINDHAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date (Filing No. 122).

In support of his request to extend the date, Defendant states that he is to be a witness in the trial of *United States v. Fontri Tiller* scheduled to begin on January 3, 2011, as well as in an unnamed case scheduled for later in January 2011. However, a check of the Court's CM/ECF system shows that the *Tiller* case, 8:10CR194, is scheduled to begin on February 7, 2011.

IT IS ORDERED that the Defendant's motion to extend his self surrender date (Filing No. 122) is denied.

DATED this 10th day of December, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge